NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
REBECCA CUCU, ESQ.
GORI JULIAN & ASSOCIATED P.C.
3848 W. CARSON ST. #103
TORRANCE, CA 90503
424-383-1501

ATTORNEY(S) FOR: PLAINTIFF

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VERNING<br><br>Plaintiff(s),<br>v.<br>DAY TO DAY IMPORTS, INC. AND OXGORD INCORPORATED<br><br>Defendant(s) | CASE NUMBER:<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          PLAINTIFF, MICHAEL VERNING
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| MICHAEL VERNING | PLAINTIFF |

1/11/19
Date

Signature

Attorney of record for (or name of party appearing in pro per):

PLAINTIFF, MICHAEL VERNING

CV-30 (05/13)                              NOTICE OF INTERESTED PARTIES