# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VERNING,<br><br>        Plaintiff,<br><br>v.<br><br>DAY TO DAY IMPORTS, INC. AND OXGORD INCORPORATED,<br><br>        Defendant. | Case No. 2:19-cv-00259-JVS-JC<br>*Hon. James V. Selna*<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT**<br><br>Complaint Filed: January 11, 2019 |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Stipulation between plaintiff Michael Verning and Defendants Day To Day Imports, Inc., and Oxgord Incorporated, this action is dismissed with prejudice, in its entirety, with each party to bear its own costs.

IT IS SO ORDERED.

Dated: January 10, 2020      _____

                                      The Honorable James V. Selna
                                      United States District Court Judge

I:\30000-000\30792\PLEADINGS\ORDER ON STIP FOR VOLUNTARY DISMISSAL.DOCX

- 1 -
**ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.**